IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 1:96-CR-54-5-MJT |
| | § | |
| | § | |
| EDMOND GASAWAY | § | |

**REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Defendant, Edmond Gasaway, has filed several *pro se* motions while incarcerated, many of which were ruled upon, but there are several that remain pending. The Defendant's motions are titled differently but they all request a reduction in his sentence or compassionate release with home confinement based upon the following reasons: harsh prison conditions; violation of the rule of lenity; application of the *United States v. Dean* case; and extraordinary and compelling circumstances such as COVID, his kidney disease, and the stacking of his 924(c) offenses. (Docs. #498, #502, #578, #620, #636, #641, #643, #672.) The Defendant also filed a motion requesting reconsideration of the court's prior denial of his request for compassionate release (doc. #646) and two motions requesting the court to rule on his pending motions (docs. #714, #715.) Pursuant to a referral order (doc. #736), these motions are before the undersigned United States magistrate judge for review and submission of a report with recommended findings of fact and conclusions of law.

RECOMMENDATION

Since the filing of the above pending motions, the court appointed an attorney to represent the Defendant to assist him in filing a motion to reduce his sentence pursuant to Amendment 821 of the United States Sentencing Guidelines. (Doc. #734.) His counsel filed such motion (doc. #735), and the court entered an order reducing his sentence from 387 months to 378 months of

imprisonment. (Doc. #751.) On May 28, 2024, the Defendant was released from prison. *See* https://www.bop.gov/inmateloc/. Because the relief the Defendant seeks in the pending motions has now been granted, the court recommends that the pending motions (docs. #498, #502, #578, #620, #636, #641, #643, #646, #672, #714, #715) should be DENIED AS MOOT.

## OBJECTIONS

Pursuant to 28 U.S.C. § 636(b)(1)(C), each party to this action has the right to file objections to this Report and Recommendation. Objections to this Report must (1) be in writing, (2) specifically identify those findings or recommendations to which the party objects, (3) be served and filed within fourteen (14) days after being served with a copy of this Report, and (4) be no more than eight (8) pages in length. *See* 28 U.S.C. § 636(b)(1)(C); FED. R. CRIM. P. 59(b)(2); E.D. TEX. CRIM. R. CR-59(c). A party who objects to this Report is entitled to a *de novo* determination by the United States district judge of those proposed findings and recommendations to which a specific objection is timely made. 28 U.S.C. § 636(b)(1)(C); FED. R. CRIM. P. 59(b)(3).

A party's failure to file specific, written objections to the proposed findings of fact and conclusions of law contained in this report, within fourten (14) days of being served with a copy of this report, bars that party from: (1) entitlement to *de novo* review by the United States district judge of the findings of fact and conclusions of law, *see Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of any such findings of fact and conclusions of law accepted by the United States district judge, *see Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc).

**SIGNED this the 12th day of June, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE