IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 1:96-CR-54-5-MJT |
| | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| | § | |
| EDMOND GASAWAY | § | |

## ORDER OVERRULING OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

The Defendant, Edmond Gasaway, filed a *pro se* Motion to Terminate Supervised Release. [Dkt. 779.]  The Government and Probation are opposed.  Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas, this motion was before United States Magistrate Judge Christine L. Stetson.  Judge Stetson issued a report with recommended findings of fact and conclusions of law stating that Defendant's motion should be denied.  [Dkt. 785.]  Gasaway filed objections to the report and recommendation.  [Dkt. 786.]

The Court considered Gasaway's objections and conducted a *de novo* review pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59.  Gasaway reiterates in his objections that he has complied with his terms of release, maintained employment, enrolled in a CDL driving class, is not a threat to society, and is rehabilitated.

As noted by Judge Stetson in her report and recommendation, "compliance with the terms of supervised release and with the law alone is not enough to warrant early termination; such conduct is expected and required."  *United States v. Guidry*, No. 3:19-CR-332-S, 2020 WL 908542, at *1 (N.D. Tex. Feb. 13, 2020).  Further, while the Court applauds Gasaway's rehabilitation efforts, the Court agrees with Judge Stetson's recommendation to deny his motion.

1

Considering the 3553 factors, the Court believes that completion of the remaining term of supervision appropriately reflects the seriousness of his offenses, deters future criminal conduct, and provides Gasaway with the needed structure for his continued rehabilitation. Consequently, the Court OVERRULES Gasaway's objections [dkt. 786] and ADOPTS the Report and Recommendation [dkt. 785]. Gasaway's Motion for Termination of Supervised Release [dkt. 779] is therefore DENIED.

**SIGNED this 18th day of March, 2026.**

_____
Michael J. Truncale
United States District Judge